**LAW OFFICE OF ALEX R. KESSEL**
**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
email: kessellaw@sbcglobal.net

Attorneys for Defendant,
**HAGOP PALIKYAN**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>HAGOP PALIKYAN<br><br>Defendant | NO.: 2:08-CR-311-RLH-GWF<br><br>**ORDER FOR CONTINUANCE OF SURRENDER DATE** |

**GOOD CAUSE APPEARING** it is hereby ordered that defendant Hagop Palikyan's surrender date is continued to October 21, 2011.

DATED: September 6, 2011

_____
UNITED STATES DISTRICT JUDGE