# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-311-RLH-(GWF) |
| HAGOB PALIKYAN, | ) |
| Defendant. | ) |

## SECOND AMENDED FINAL ORDER OF FORFEITURE

On March 3, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant HAGOB PALIKYAN to criminal offenses, forfeiting specific property alleged in the Second Superseding Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant HAGOB PALIKYAN pled guilty. Second Superseding Criminal Indictment, ECF No. 103; Change of Plea Minutes, ECF No. 286; Preliminary Order of Forfeiture, ECF No. 288; Plea Memorandum, ECF No. 289; Amended Final Order of Forfeiture, ECF No. 350.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 8, 2011, through April 6, 2011, further notifying all known third parties by personal

service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 306; Notice of Filing Service of Process, ECF No. 365.

After a preliminary order of forfeiture was executed by the Court, pertaining to all the seized items, the United States notified all known and interested parties of the United States' interest in forfeited items, including the 2008 black Mercedes-Benz wagon, identified as Item No. "aan" below. Thereafter, Victoria Berberian made her interest in the car known and on June 10, 2011, the United States and Victoria Berberian entered into a Stipulation pertaining to the disposition of the Mercedes-Benz vehicle that was filed with this Court on June 10, 2011. Sentencing Minutes, ECF No. 327. Order Granting Stipulation for Return of Property, ECF No. 330.

On October 31, 2012, Jon Cestia, Vice President of BMW Financial Services N.A., LLC, was served by certified mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 365, p. 2 and 5-57.

On October 31, 2012, Ms. Lisa McKinnon, BMW Financial Services N.A., LLC, was served by certified mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 365, p. 3 and 5-57.

On October 31, 2012, Legal Team, BMW Financial Services N.A., LLC, was served by certified mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 365, p. 4-57.

On January 17, 2013, BMW Financial Services NA, LLC filed a motion as to Gary Ambartsumyan, a Petition for Declaration of Interest in Seized and Forfeited Property, in regards to a 2008 white BMW M5, VIN WBSNB93548CX09044. Sealed Motion, ECF No. 362.

On April 30, 2013, the United States filed a proposed Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to BMW Financial Services NA, LLC, and Order. Stipulation, ECF No. 366.

. . .

On May 1, 2013, the Court entered an Order granting the Settlement Agreement as to BMW Financial Services NA, LLC. Order on Stipulation, ECF No. 368.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, 2461(c); Title 18, United States Code, Section 1028A(a)(1) and (c)(4); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

    a.    Sony Brown 42" Lcd Tv, S/N 1050106;

    b.    Sony Brown 42" Lcd Tv, S/N 1002050;

    c.    Dell Model 1320 Laser Printer, S/N 35rphf1;

    d.    Dell Model 1850 Laser Printer, S/N H1c34091;

    e.    Acer Laptop, S/N Lxal70x043820001ef2513;

    f.    Dell Xps Laptop, S/N 5vg3kd1;

    g.    Apple Mac Laptop, S/N W8807f5dop1;

    h.    Hp Laptop, S/N 2ce7222m6q;

    i.    Mac Book Air, S/N W8813ppuy51;

    j.    Miscellaneous Cards, Cables, Remotes, Controllers, Stands;

    k.    3.5 X Drive, Extend Harddrive, S/N 020851;

    l.    Apple Tv, S/N 6f8182w04cp;

m.    Wd External Hard Drive, S/N Wxh207674808;

n.    Msr 206 Encoder, S/N A015401;

o.    Psp Portable, S/N Pp865026504-Psp1001;

p.    Psp Portable, S/N At045924040-Psp2001;

q.    Ipod Touch 16 Bg, S/N 1c80167a/4p;

r.    Iphone, S/N 5k81880jwh8;

s.    Iphone, S/N Bcga1241;

t.    Iphone, S/N 5k80247kwh8;

u.    Iphone, S/N 579ca1241;

v.    Sandisk 2 Gb Flashdrive, S/N 2048rb;

w.    Sandisk 4 Gb Flashdrive, S/N 4096rb;

x.    Sandisk 1 Gb Flashdrive, S/N 1024rb;

y.    Pny Attache 1 Gb Flashdrive, No S/N;

z.    Logitech Mx Revolution Thumbdrive, S/N 810-000412;

aa.    Iron Key Thumbdrive, S/N 0140485;

ab.    Iron Key Thumbdrive, S/N 0140551;

ac.    Dell Xps Tower, S/N 30gzcg1;

ad.    Playstation 3, S/N Ce124062502-Cecha01;

ae.    Playstation 3, S/N Ce514635354-Cechg01;

af.    Xbox 360, S/N 311730682105;

ag.    Xbox 360, No S/N;

ah.    1 - Xbox 360 Video Game;

ai.    11 - Playstation 3 Video Games;

aj. 6 - Psp Games In Case;

ak. 35 - Blue Ray Movies;

al. Wtj-90a Tipper;

am. $3,000 Cash (From Gary Ambartsumyan's room);

an. $4900 Cash (From Artur Ambartsumyan's room);

ao. $14,802.63 in Money Gram Money Orders;

ap. Mens' Breitling Bentley Watch, S/N A25362; and

aq. Mens' Breitling Bentley Watch;

ar counterfeit access device containing unauthorized account information for Visa debit card account in the name of M.V., account number ending in X-4923;

as. counterfeit access device containing unauthorized account information for Visa debit card account in the name of G.V., account ending in X-2319;

at. counterfeit access device containing unauthorized account information for Visa debit card account in the name of C.D., account ending in X-1918;

au. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-7119;

av. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of J.R., account ending in X-4609;

aw. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account in the name of B.J., account ending in X-1577;

ax. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-8491;

ay. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6657;

az counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-9612;

aaa. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of G.S., account ending in X-2034;

aab. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of C.S., account ending in X-3846;

aac. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of S.K., account ending in X-5010;

aad. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of E.H., account ending in X-4275;

aae. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of B.W., account ending in X-7341;

aaf. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-3019;

|   |       |                                                                                                              |
|---|-------|--------------------------------------------------------------------------------------------------------------|
|   | aag.  | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of D.R., account ending in X-4018; |
|   | aah.  | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-7017; |
|   | aai.  | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6691; |
|   | aaj.  | counterfeit access device containing unauthorized account information for Wells Fargo debit card account, number ending in X-4424; |
|   | aak.  | counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, account number ending in X-7930; |
|   | aal.  | counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, number ending in X-6110; |
|   | aam.  | 2008 White BMW M5, VIN WBSNB93548CX09044; |
|   | aan.  | 2008 Black Mercedes Benz G-500 Wagon, VIN WDCYR49E38X171546; |
|   | aao.  | 2006 Black Quad Cab Dodge Dakota Truck, VIN 1D7HA18286J185015; and |
|   | aap.  | an *in personam* criminal forfeiture money judgment of $663,089.35 in United States Currency ("the property"). |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 16th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Second Amended Final Order of Forfeiture on May 15, 2013, by the below identified method of service:

CM/ECF:

| | |
|---|---|
| Alex R. Kessel<br>Law Offices of Alex R. Kessel<br>16542 Ventura Blvd.<br>Encino, CA 91436<br>kessellaw@sbcglobal.net<br>Attorney for Arman Palikyan | Travis E. Shelter<br>Travis E. Shelter, P.C.<br>844 East Sahara Ave.<br>Las Vegas, NV 89104<br>travisshelter@gmail.com<br>Attorney for Artur Ambartsumyan |
| Donald J. Green<br>Law Offices of Donald J. Green<br>4760 S. Pecos Rd. Ste. 103<br>Las Vegas, NV 89121<br>crimelv7777@aol.com<br>Attorney for Arman Palikyan | Charles E. Kelly<br>Charles E. Kelly & Associates<br>706 South Eighth<br>Las Vegas, NV 89101<br>ceklv@aol.com<br>Attorney for Iyad Nazzal |
| Daniel J. Albregts<br>Daniel J. Albregts, Esq.<br>601 S. 10th St. Ste. 202<br>Las Vegas, NV 89101<br>albregts@hotmail.com<br>Attorney for Armen Ambartsumyan | Gary L. Meyers<br>Law Office of Gary L. Meyers<br>7251 W. Lake Mead Blvd. Ste. 300<br>Las Vegas, NV 89128<br>gmyerslo@aol.com<br>Attorney for Danimyar Dosunkulov |
| David T. Brown<br>Brown, Brown & Premsrirut<br>520 S. 4th St. 2nd Fl.<br>Las Vegas, NV 89101<br>master@brownlawlv.com<br>Attorney for Gary Ambartsumyan | James E. Shively<br>Poli & Ball, PLC<br>311 S. Rainbow Blvd., Ste. 215<br>Las Vegas, NV 89146<br>shively@poliball.com<br>Attorney for BMV Financial Services Na, LLC<br>Interested Party |

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal

9